Robert B. Mobasseri (SBN 193193)
**LAW OFFICES OF ROBERT B. MOBASSERI, P.C.**
15760 Ventura Blvd., Suite 850
Encino, California 91436
Tel: (213) 282-2000 | Fax: (213) 282-3000
E-Service: EService@MobasseriLaw.com

Attorneys for Plaintiff
MOHAMMED F. KOYA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMED F. KOYA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>FORD MOTOR COMPANY;<br>DOES 1 through 100, Inclusive,<br><br>　　　　Defendants | Case No.:<br><br>**COMPLAINT FOR:**<br>　1. Breach of Express Warranty under the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.<br>　2. Breach of Implied Warranty of Merchantability under the Magnuson-Moss Warranty Act, 15 U.S.C. §§ 2301, et seq.<br><br>JURY TRIAL DEMANDED |

1.　Plaintiff MOHAMMED F. KOYA ("Plaintiff") brings this action against Defendant FORD MOTOR COMPANY and DOES 1 through 100, inclusive, and seeks a trial by jury against these defendants.

## JURISDICTION AND VENUE

2.　The United States District Court for the Eastern District of California has subject matter jurisdiction over this action because there is diversity of citizenship, because Plaintiff raises Federal questions and because the amount in controversy,

including statutory attorney's fees, exceeds the sum or value of $75,000, exclusive of interest and other costs, per 28 U.S.C. §1332.  Plaintiff is a resident of Sacramento, California and intends to so remain a resident of Sacramento, California.  Ford Motor Company is incorporated in and has its principal place of business in the state of Delaware.  Plaintiff brings claims under the Magnuson-Moss Warranty Act at 15 U.S.C. §§2301, et seq.

3.     Venue is proper in this District pursuant to 28 U.S.C. §1391(a)-(c).  FORD MOTOR COMPANY ("Ford") does substantial business in the State of California and within this Judicial District, is registered to and is doing business within the State of California, and otherwise maintains requisite minimum contacts with the State of California.  Further, a substantial part of the property, specifically the subject vehicle, that is the subject of the action is situated in this District.

## **GENERAL ALLEGATIONS**

4.     On September 29, 2021, Plaintiff, a California resident, purchased from a Ford dealership in the State of Idaho a new 2021 Ford F-150 truck bearing VIN 1FTFW1ED5MFC32316 ("Vehicle").  As reflected in the sales contract, the price after fees and taxes was $72,578.29.

5.     The Vehicle was sold with Ford's new-vehicle express warranties including the 3-yr/36,000-mile basic warranty and the 5-yr/60,000-mile powertrain warranty.

6.     Unfortunately, the Vehicle had at time of sale or developed shortly after sale unrepairable defects of materials and/or workmanship which Ford has been unable to repair despite multiple warranty presentations.  At just 2,467 miles on December 8, 2021, Plaintiff presented the Vehicle to a Ford dealership complaining of a leaking transmission.  The dealership confirmed the problem, replaced the transmission pan and refilled the transmission.  At 10,098 miles on May 16, 2022, Plaintiff presented the Vehicle to a Ford dealership complaining of multiple symptoms including a clunking noise from the transmission while accelerating.  The dealership purported to find no problems with the drivetrain.  At 15,346 miles on October 3, 2022,

Plaintiff presented the Vehicle to a Ford dealership complaining of multiple symptoms including a hard-shifting and clunking transmission and an engine misfire. The dealership purported to find no problems with the drivetrain. Yet, the transmission malfunction continued and continues to the present, with the Vehicle having hard-shifting and clunking symptoms.

7. Plaintiff presented his warranty demands to Ford utilizing Ford's sponsored prelitigation program administered in California by BBB Autoline on November 29, 2022. Ford did not respond with a reasonable remedy in view of Ford's statutory obligations.

## FIRST CAUSE OF ACTION

Breach of Express Warranty under the Magnuson-Moss Warranty Act,

15 U.S.C. Section 2301, et seq.

(By Plaintiff against Ford and Does 1-50)

8. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs of this Complaint.

9. Plaintiff is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Section 2301(3).

10. Ford is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301(4) and (5).

11. The Vehicle is a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301(4) and (5).

12. Ford issued an express warranty relating to future performance. However, the Vehicle was not conformed to its express warranty despite repeated presentations to Ford's authorized repair dealerships.

13. Plaintiff seeks rescission of the purchase agreement and full restitution of money paid for the Vehicle, as well as incidental and consequential damages.

//
//

## SECOND CAUSE OF ACTION

Breach of Implied Warranty of Merchantability under the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301, et seq.

(By Plaintiff against Ford and Does 51-100)

14. Plaintiff incorporates by reference each and every allegation set forth in the preceding paragraphs of this Complaint.

15. Plaintiff is a "consumer" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301(3).

16. Ford is a "supplier" and "warrantor" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301(4) and (5).

17. The Vehicle is a "consumer product" within the meaning of the Magnuson-Moss Warranty Act, 15 U.S.C. Sections 2301(6).

18. Ford breached its implied warranty of merchantability, thereby damaging Plaintiff, because the Vehicles contains a manufacturing defect which, although latent at time of sale, became symptomatic, prevented ordinary use and created a safety hazard.

19. Plaintiff seeks rescission of the purchase agreement and full restitution of money paid for the Vehicle, as well as incidental and consequential damages as allowed by law.

**WHEREFORE**, Plaintiff prays for judgment as follows:

On both the First and Second Causes of Action:

1. For actual, incidental and consequential damages;
2. Restitution and rescission;
3. Pre-judgment interest at the maximum legal rate;
4. Statutory attorney's fees;
5. Other costs of suit;

//

1    6.    Such other relief as the Court deems just and proper.

Dated: April 19, 2023          LAW OFFICES OF ROBERT B. MOBASSERI, PC


                                    By: /s/ *Robert B. Mobasseri* (SBN 193193)